IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:15CV00285 SWW |
| ROB BOLING and ARKANSAS DEPARTMENT OF HUMAN SERVICES, | * * * * | |
| Defendants | * * | |

## ORDER of DISMISSAL

Before the Court is Plaintiff's motion to dismiss this action with prejudice [ECF No. 3]. Plaintiff reports that the parties have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] and Plaintiff's request for dismissal with prejudice, the motion [ECF No. 3] is granted. This action is hereby DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED THIS 9TH DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has not entered an appearance in this case, and Plaintiff's notice of dismissal comes before an answer or a motion for summary judgment.